UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JAMES EVANS | * | CIVIL ACTION |
| VERSUS | * | NO. 08-1676 |
| TANGIPAHOA PARISH GOVERNMENT, ET AL. | * | SECTION "B"(4) |

**ORDER AND REASONS**

**IT IS ORDERED** that Defendants' Motion for Summary Judgment and Motion to Dismiss (Rec. Doc. No. 14) is **DISMISSED, WITHOUT PREJUDICE**, to re-urge after completion of additional discovery.

**IT IS FURTHER ORDERED** that the related Joint Motion to Continue Trial and Extend Deadlines (Rec. Doc. No. 16) is **GRANTED** to allow time for additional discovery. A teleconference shall be held before the Case Manager for Section "B" on October 22, 2009, at 10:00 a.m. to select new pre-trial and trial dates, as well as new scheduling order deadlines.

Among other matters, parties should focus upon the following during the noted discovery extension:

1) Dates of hire for Hobson and Jackson in relation to the date of Plaintiff's termination;

2) Duplicative causes of action and remedies between federal and state employment discrimination claims; and

3) Identifying, with factual support, the material factual disputes, if any, relative to the First Amendment and racial discrimination claims.

1

Upon receipt of a timely motion to re-urge summary judgment, timely opposition, and supporting documentation, the Court will favorably consider a request for oral argument.

New Orleans, Louisiana, this 30th day of September, 2009.

							_____
							IVAN L.R. LEMELLE
							UNITED STATES DISTRICT COURT